IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GESSNER SQUARE, LTD., )<br>)<br>Defendant. ) | CIVIL ACTION<br><br>Case No. 4:23-CV-00944 |

### NOTICE OF SETTLEMENT

Plaintiff, ERIK GARCIA, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to her case against Defendant, GESSNER SQUARE, LTD.

Plaintiff and Defendant, GESSNER SQUARE, LTD., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 22nd day July, 2023.

>Law Offices of
>THE SCHAPIRO LAW GROUP, P.L.
>
>/s/ Douglas S. Schapiro
>Douglas S. Schapiro, Esq.
>Southern District of Texas ID No. 3182479
>The Schapiro Law Group, P.L
>7301-A W. Palmetto Park Rd., #100A
>Boca Raton, FL 33433
>Tel: (561) 807-7388
>Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 22nd day of July, 2023.

>/s/ Douglas S. Schapiro
>Douglas S. Schapiro, Esq.
>Southern District of Texas ID No. 3182479

2

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279