IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:23-CV-00944 |
| GESSNER SQUARE, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ERIK GARCIA and Defendant, GESSNER SQUARE, LTD., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 24th day of October, 2023.

                                                  Law Offices of
                                                THE SCHAPIRO LAW GROUP, P.L.

                                                /s/ *Douglas S. Schapiro*
                                                Douglas S. Schapiro, Esq.
                                                State Bar No. 54538FL
                                                The Schapiro Law Group, P.L.
                                                7301-A W. Palmetto Park Rd., #100A
                                                Boca Raton, FL 33433
                                                Tel: (561) 807-7388
                                                Email: schapiro@schapirolawgroup.com

                                                Attorney for Plaintiff

>*/s/ Timothy Lankau*
>Timothy Lankau, Esq.
>Southern District of Texas ID No.  24046267
>The Law Office of Tim Lankau
>415 Pecore Street
>Houston, TX  77009
>Tel:  832-457-5046
>Email:  tlankau@tlankaulaw.com
>
>Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

>/s/  Douglas S. Schapiro
>Douglas S. Schapiro
>State Bar No. 54538FL