United States District Court
Southern District of Texas
**ENTERED**
October 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-00944 |
| | § | |
| GESSNER SQUARE, LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed on October 24, 2023. Doc. #12.

In accordance with the Joint Stipulation of Dismissal and pursuant to Rule 41(a)(1)(A)(ii) of the

Federal Rules of Civil Procedure, it is hereby ORDERED that all claims that were or could have

been asserted by Plaintiff Erik Garcia against Defendant Gessner Square, Ltd. are DISMISSED

WITH PREJUDICE.

It is so ORDERED.

10/26/23
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge